```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/09/2024
```

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Joseph V. Martino**
*Special Assistant Corporation Counsel*
Office: (212) 356-0878

September 5, 2024

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *G.Z., et al. v. N.Y.C. Dep't of Educ. et al.* 24-cv-5333 (AT)(OTW)

Dear Judge Torres:

    I am a Special Assistant Corporation Counsel in the Office of Acting Corporation Counsel, the Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks implementation of an underlying administrative order as well as attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

    I write pursuant to the Court order dated July 18, 2024 (ECF No. 7), to respectfully request an adjournment *sine die* of the Initial Pretrial Conference currently scheduled for Monday, September 16, 2024, as well as the date for submission of the attendant Case Management Plan. Plaintiff consents to this request. This is the first request for an adjournment.

    Settlement discussions between the parties are ongoing. The parties are hopeful that the requested adjournment will allow the parties to avoid Court intervention, and ideally result in a settlement of this case without burdening the parties and the Court with a conference or discovery.

    Accordingly, Defendants respectfully request that the Court adjourn the Initial Pretrial Conference Scheduling Order and attendant Case Management Plan *sine die*.

    Thank you for considering this request.

    GRANTED. The parties shall submit an update on settlement discussions by **November 8, 2024**.

    SO ORDERED.

Dated: September 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge